# 15-25-00084-CV

TRIAL COURT CASE NO. D-1-GN-23-004031

§
§
§
§
§
§

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 2:41:42 PM
CHRISTOPHER A. PRINE
Clerk

IN THE DISTRICT COURT

TRAVIS COUNTY, TEXAS

JUDICIAL DISTRICT

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: APRIL 4, 2025

Type of Order (Interlocutory or Final) FINAL

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: MAY 2, 2025

Name of judge who entered judgment: LAURIE EISERLOH

Name of court reporter: 1700 GUADALUPE 11TH FLOOR, AUSTIN ,TX 78701

Address of court reporter: DELLA DUETT

Name of attorney on appeal: AMANDA CAGLE          SB#: 00783569

Attorney Address: PO BOX 12548, MC-066, AUSTIN, TX 78711-2548

Attorney E-Mail Address: Amanda.Cagle@oag.texas.gov

Attorney on appeal (check applicable box):

☐ appointed          ☑ retained          ☐ Pro Se

Name of Appellee's Attorney: CHRISTOPHER SMITH          SB# 24051349

Attorney Address: 901 S MOPAC EXPRESSWAY, BLDG 1, SUITE 300, AUSTIN, TX 78746

Attorney E-Mail Address: CHRIS.SMITH@SMITHJOLIN.COM

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____ E-Mail          _____ Hand Delivery          _____ Mail

On_____          By:_____(clerk's initials)

5/2/2025 11:43 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-004031
Selina Hamilton

**Cause No. D-1-GN-23-004031**

| | | |
|---|---|---|
| WILBARGER CREEK CONSERVATION ALLIANCE, ET AL., | § § § § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § § | |
| v. | § § | TRAVIS COUNTY, TEXAS |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, | § § § § | |
| *Defendant.* | § | 126th JUDICIAL DISTRICT |

### TEXAS COMMISSION ON ENVIRONMENTAL QUALITY'S NOTICE OF APPEAL

Pursuant to Tex. R. App. P. 25.1 and 26.1, Defendant Texas Commission on Environmental Quality files this notice that the Commission desires to appeal from the Order on Petition for Judicial Review, which disposed of all parties and claims in Cause No. D-1-GN-23-004031, *Wilbarger Creek Conservation Alliance, et al. v. Texas Commission on Environmental Quality,* in the 126th Judicial District Court of Travis County, Texas. The Order on Petition for Judicial Review was signed by the presiding judge in the case, the Honorable Laurie Eiserloh, on April 4, 2025.

The Commission appeals to the Fifteenth Court of Appeals at Austin. A copy of the Order on Petition for Judicial Review is attached

as Exhibit A to this Notice. Pursuant to Tex. R. App. P. 25.1(e), a copy of this Notice is being provided to the court reporter responsible for preparing the Reporter's Record in this matter.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Amanda Atkinson Cagle*
AMANDA ATKINSON CAGLE
Assistant Attorney General
State Bar No. 00783569
Amanda.Cagle@oag.texas.gov

SARA J. FERRIS
Assistant Attorney General
State Bar No. 50511915
Sara.Ferris@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 475-4002 | Fax: (512) 320-0911

ATTORNEYS FOR TEXAS COMMISSION
ON ENVIRONMENTAL QUALITY

# CERTIFICATE OF SERVICE

On May 2, 2025, a true and correct copy of *Texas Commission on Environmental Quality's Notice of Appeal* was served upon the following counsel of record by email or the Court's electronic filing manager:

Christopher D. Smith
Becky L. Jolin
SMITH JOLIN PLLC
901 S. Mopac Expressway
Building 1, Suite 300
Austin, Texas 78746
chris.smith@smithjolin.com
becky.jolin@smithjolin.com

*Attorneys for Plaintiffs*

*/s/ Amanda Atkinson Cagle*
AMANDA ATKINSON CAGLE

# EXHIBIT A

CAUSE NO. D-1-GN-23-004031

| | | |
|---|---|---|
| WILBARGER CREEK CONSERVATION ALLIANCE, MARILYN KELINSKE, ANNE BROCKENBROUGH, AND JONATHAN BEALL, *PLAINTIFFS* | § § § § § | IN THE DISTRICT COURT |
| | § | 126th JUDICIAL DISTRICT |
| V. | § § | |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, *DEFENDANT* | § § § | TRAVIS COUNTY, TEXAS |

## ORDER ON PETITION FOR JUDICIAL REVIEW

On March 3, 2025, the Court heard this matter on the merits. After considering the briefs, the evidence including the administrative record, and the arguments of counsel, the Court **FINDS**:

1.  The Commission improperly determined Plaintiffs are not affected persons.

2.  "An affected person is one who has a personal justiciable interest related to a legal right, duty, privilege, power, or economic interest affect by the application. An interest that is common to members of the general public does not qualify as a personal justiciable interest. This standard does not require parties to show that they will ultimately prevail on the merits; it simply requires them to show that they will potentially suffer harm or have a justiciable interest that will be affected." *United Copper Indus., Inc. v. Grissom,* 17 S.W.3d 797, 802–03 (Tex. App.—Austin 2000, pet. dism'd) (cleaned up).

3.  Plaintiffs have the burden to make a minimum jurisdictional showing of a justiciable interest. *See* TEX. WATER CODE § 5.115(a); 30 TEX. ADMIN CODE § 55.203(a), (b); *Heat Energy Advanced Tech., Inc. v. W. Dallas Coal. For Envtl. Justice,* 962 S.W.2d 288, 295 (Tex. App.—Austin 1998, pet. denied). Plaintiffs met their burden by submitting hearing requests under 30 Texas Administrative Code § 55.201, which included the statutorily required information and explained how Plaintiffs would be harmed by the proposed permit, including evidence of harms they have experienced from prior allowances of wastewater discharge into Wilbarger Creek.

4.  The Commission denied Plaintiffs affected-person status because of the distance between their property and the proposed discharge point. The denial did not reference any data showing the proposed permit would have no effect on Plaintiffs because of distance, and the Commission's argument and evidence in this case do not explain why Plaintiffs are too far away to be impacted. The Commission's attempts in this case to

show that Plaintiffs would not be affected to a sufficient degree "confuse[] the preliminary question of whether an individual has standing as an affected person to request a contested-case hearing with the ultimate question of whether that person will prevail in a contested-case hearing on the merits." *See Grissom,* 17 S.W.3d at 803.

5. Plaintiffs WCCA, Kelinske, Brockenbrough, and Beall are affected persons entitled to a contested case hearing on the SWWC permit application and the Executive Director's draft permit.

The Court therefore **GRANTS** Plaintiffs' Petition, **REVERSES** the Commission's May 2, 2023 Order in Docket No. 2023-0370-MWD, **VACATES** the Commission's May 2, 2023 issuance of TPDES Permit No. WQ0016022001, and **REMANDS** this case to the Commission to determine the number and scope of the specific factual issues to be referred to SOAH.

Date: April 4, 2025

THE HONORABLE LAURIE EISERLOH
455th District Court

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Courtney on behalf of Amanda Cagle
Bar No. 783569
laura.courtney@oag.texas.gov
Envelope ID: 100374894
Filing Code Description: Notice of Appeal
Filing Description: TEXAS COMMISSION ON NVIRONMENTAL QUALITY'S NOTICE OF APPEAL
Status as of 5/2/2025 2:26 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Becky Jolin | 10856200 | Becky.Jolin@smithjolin.com | 5/2/2025 11:43:42 AM | SENT |

Associated Case Party: TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Courtney | | laura.courtney@oag.texas.gov | 5/2/2025 11:43:42 AM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 5/2/2025 11:43:42 AM | SENT |
| Amanda Cagle | | amanda.cagle@oag.texas.gov | 5/2/2025 11:43:42 AM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 5/2/2025 11:43:42 AM | SENT |

Associated Case Party: WILBARGER CREEK CONSERVATION ALLIANCE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Smith | | chris.smith@smithjolin.com | 5/2/2025 11:43:42 AM | SENT |